Judges of the Court of Criminal Appeals and approved by the Court.

### On Motion for Rehearing.

GRAVES, Judge.

Appellant again offers the complaint which is, in substance, that this slot machine was in his possession temporarily, and that it was not being used or played at the time it was found by the police officers, and that therefore he was not guilty under Art. 630, Penal Code. The testimony showed that this machine seemed to be a fixture. A witness says that such machine was sitting in a steel cabinet that clamped around the bottom of it, locked in this cabinet by means of a block of concrete; this cabinet that the machine was locked in weighed over five hundred pounds; it was necessary to tear the cabinet away from the machine with a wrecking bar; the top part of the machine was exposed where it could be used, and it was played by the officer.

We think the appellant, according to the testimony, was guilty of offending against the provisions of Art. 630, Penal Code, and that our views expressed in the original opinion herein correctly dispose of this matter.

The motion will be overruled.

## PENNINGTON v. STATE.
### No. 20220.

Court of Criminal Appeals of Texas.
March 1, 1939.

Eugene F. Mathis, of San Angelo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

The offense is possession of intoxicating liquor for purposes of sale in a dry area, the punishment assessed being a fine of $150.

The record is before us without a statement of facts or bills of exception. All matters of procedure appear to be in proper form.

The judgment is affirmed.

## CAMPBELL v. STATE.
### No. 20239.

Court of Criminal Appeals of Texas.
March 1, 1939.

Geo. E. Hosey, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

Conviction is for burglary; punishment assessed is confinement in the state penitentiary for a term of 10 years.

The record is before us without a statement of facts or bills of exceptions. The indictment is sufficient to charge the offense and all procedural matters appear to be in due order.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.